**Brian KELLEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 58961.**

Missouri Court of Appeals, Western District.

July 17, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 2, 2001.

Application for Transfer Denied Nov. 20, 2001.

Andrew A. Schroeder, Kansas City, MO., Attorney for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Linda Lemke, Asst. Atty. Gen., Jefferson City, MO., Attorney for Respondent.

Before LOWENSTEIN, P.J., ULRICH and HARDWICK, J.J.

*ORDER*

PER CURIAM.

Brian Kelley appeals the denial of his Rule 29.15 motion for postconviction relief. On appeal, Kelley claims the motion court improperly denied an evidentiary hearing on his ineffective assistance of counsel claims.

We affirm. Rule 84.16(b).